UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**E-FAMTRIPS, INC.**

      Plaintiff,

      v.                              Case No. 09-CV-61465
                                          Huck/O'Sullivan

**RYAN GREPPER, AN INDIVIDUAL,**
**D/B/A/ TRAVELITE**

      Defendant.

## NOTICE OF SETTLEMENT

The undersigned, by consent, advises the Court the parties have settled this case. A Settlement Agreement has been agreed upon and is being executed, and then a consented Motion to Dismiss will be filed.

Dated:  January 20, 2010         Respectfully submitted,

                                          /s/ Robert M. Schwartz
                                          ROBERT M. SCHWARTZ, ESQUIRE
                                          Florida Bar No. 304018
                                          Robert M. Schwartz, P.A.
                                          Attorney for Plaintiff
                                          2445 Hollywood Boulevard
                                          Hollywood, Florida 33020
                                          Telephone: (954) 924-0707
                                          Facsimile: (954) 924-0717
                                          Email: litigation@patentmiami.com