UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-61465-CIV-HUCK/O'SULLIVAN

E-FAMTRIPS, INC.,

    Plaintiff,

v.

RYAN GREPPER,

    Defendant.

_____/

CLOSED CIVIL CASE

## ORDER ON CONSENTED MOTION TO DISMISS

THIS CAUSE is before the Court upon the parties' Consented Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(1) (D.E. #17), filed January 25, 2010. The Court has reviewed the Motion and is otherwise duly advised in the premises. Accordingly, it is hereby

ORDERED that this action is DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT, and the case is CLOSED. The Court retains jurisdiction for 60 days to enforce the parties' settlement agreement.

DONE and ORDERED in Chambers, Miami, Florida, January 26, 2010.

                                      Paul C. Huck
                                      United States District Judge

**Copies furnished to:**
All Counsel of Record